978

No. 1052. JONES *v.* PRESIDENT & DIRECTORS OF GEORGETOWN COLLEGE, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bernard Margolius* and *Ralph H. Deckelbaum* for petitioner. *Edward Bennett Williams* and *Harold Ungar* for respondent.

No. 1054. WERLING ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Hubert I. Teitelbaum* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 1055. HEARD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Henry C. Lowenhaupt* and *Owen T. Armstrong* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 1056. GOLDBERG ET AL. *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Morris A. Shenker* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Deputy Attorney General, for respondent.

No. 1059. CERTAIN INTERESTS IN PROPERTY IN THE BOROUGH OF BROOKLYN, COUNTY OF KINGS, STATE OF NEW YORK, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Bernard L. Bermant, George B. Kenner* and *Herbert Monte Levy* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Edmund B. Clark* for the United States.